**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ADHAM MOHAMMED ALI AWAD,              :
                                      :
          Plaintiff,                  :
                                      :
     v.                               : Civil Action No. 05-2379 (JR)
                                      :
GEORGE W. BUSH, *et al.*,             :
                                      :
          Defendants.                 :

## ORDER

Upon review of Petitioner's motion for discovery, the Respondents' opposition, and the Petitioner's Reply, requests 7 and 11 are considered withdrawn, request 8 is **denied**, and requests 1 through 6, 9, 10, and 12 are **denied without prejudice** to a motion filed with or after Petitioner's traverse, showing that, for specified reasons, Petitioner cannot present facts essential to justify his traverse. Petitioner's traverse should now be filed by May 29, 2009.

It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge